IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF TENNESSEE

_____ DIVISION

Michael Darren Collins Name )
Prison Id. No. N/A )
Tony Lamar Pierce Jr. Name )
Prison Id. No. 406029 )
Plaintiff(s) )
)
) (List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.
)
) Civil Action No. _____
) (To be assigned by the Clerk's office. Do not write in this space.)
)
) Jury Trial ☐ Yes ☐ No
v. )
)
Maury County Jail Name )
Sheriff Enoch George Name )
Defendant(s) )
) (List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

   A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

      ☐ Yes  ☑ No

   B. If you checked the box marked "Yes" above, provide the following information:

     1. Parties to the previous lawsuit:

       Plaintiffs ___None___

       Defendants ___None___

2. In what court did you file the previous lawsuit? __None__

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? __None__

4. What was the Judge's name to whom the case was assigned? __None__

5. When did you file the previous lawsuit? __None__ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? __None__

7. When was the previous lawsuit decided by the court? __None__ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes   ☑ No

   (If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

   A. What is the name and address of the prison or jail in which you are currently incarcerated? __Maury County Jail :— 1300 Lawson White Dr. Columbia, TN 38401__

   B. Are the facts of your lawsuit related to your present confinement?

      ☑ Yes   ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

      __None__

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

      ☐ Yes   ☑ No

   If you checked the box marked "No," proceed to question II.H.

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes   ☐ No

F.  If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____

2. What was the response of prison authorities? _____

G.  If you checked the box marked "No" in question II.E above, explain why not. _____

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes   ☐ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes   ☐ No

J.  If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? We have filed several grievances & Multiple Medical requests

2. What was the response of the authorities who run the detention facility? Verbal: "This is not a hotel" Written: Refused to respond on written paper.

L.  If you checked the box marked "No" in question II.I above, explain why not. _____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III.  PARTIES TO THIS LAWSUIT

A.  Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Michael Darren Collins

   Prison Id. No. of the first plaintiff: N/A

Address of the first plaintiff: Maury County Jail: 1300 Lawson White Dr. Columbia, TN 38401
(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: Tony Lamar Pierce Jr.

   Prison Id. No. of the second plaintiff: 406029

   Address of the second plaintiff: Maury County Jail: 1300 Lawson White Dr. Columbia, TN 38401
   (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

   If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: Maury County Jail Staff

      Place of employment of the first defendant: Maury County Jail

      The first defendant's address: 1300 Lawson White Dr. Columbia, TN 38401

      Named in official capacity?      ☑ Yes    ☐ No
      Named in individual capacity"    ☐ Yes    ☑ No

   2. Name of the second defendant: Sheriff Enoch George

      Place of employment of the second defendant: Maury County Sheriff's Department

      The second defendant's address: work address: 1300 Lawson White Dr. Columbia, TN 38401; Home address: unknown.

      Named in official capacity?      ☐ Yes    ☑ No
      Named in individual capacity"    ☑ Yes    ☐ No

   If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

Case 1:12-cv-00047   Document 1   Filed 06/01/12   Page 4 of 19 PageID #: 4

4

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

Our 8th (eighth) amendment right has been violated. We have been subject to Cruel and unusual punishment during our incarceration here at Maury County Jail.

We find that we are not being fed enough daily to maintain physical & mental health. We also find that the lack of sufficient amount of food is causing us to lose unreasonable amounts of weight. Therefore causing an unreasonable threat to our Physical and Mental health.

We have filed numerous grievances about the food which have been ignored. Also we have filed several Medical requests requesting Vital Checks which have gone unnoticed also.

Please see attached notes that we believe fully support our case.

We the plaintiffs pray that the honorable courts give us the opportunity to present our case in open court. Thank you for your time and patience.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. We would like the Jail to be forced to give us sufficient amounts of food.

B. We would like the Jail to be forced to supply us more nutritious meals.

C. We would like the courts to Grant us Monetary Compensation for our pain and anguish.

D. We ask that the courts Enforce our 8th amend. right to be free from Cruel & unusual punishment

E. We would like the Sheriff Enoch George to be held responsible for these conditions

F. I request a jury trial.   ☑ Yes   ☐ No

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Michael Dunn Culler_ Date: _____

Prison Id. No. __None__

Address: __Maury County Jail ; 1300 Lawson White Dr__
__Columbia , TN 37401__
(Include the city, state and zip code.)

Signature: _Tony Lamar Trice Jr_ Date: _____

Prison Id. No. __406029__

Address: __Maury County Jail; 1300 Lawson White Dr__
__Columbia, TN 37401__
(Include the city, state and zip code.)

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN FORMA PAUPERIS, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED IN FORMA PAUPERIS, TOGETHER. Complaints received without the required filing fee or application to proceed in forma pauperis will be returned. Filing fees, or applications to proceed in forma pauperis, received without a complaint will be returned.

Enclosed is an (15) fifteen day account of our meals and bites taken to consume our meals. Also enclosed are references to our case regarding violation of our 8th eighth amendment. These [...] with these problems. Also enclosed is a list of inmates who have lost [...] or weight and are willing to testify about the food here. Thank you for your time & patience.

| May 1, 2012 – Tuesday | | |
|---|---|---|
| Breakfast | Lunch | Dinner |
| 2 piece Toast | Hamburger | Meat loaf Sandwich |
| Eggs | beans | green beans |
| 4 Tater tots | Mashed Potatoes | rice |
| Oatmeal | Cake | Cake |
| 8oz Cup Kool-Aid | 8oz Cup Kool-Aid | 8oz cup of tea |
| Entire Meal Consumed in 23 bites | Entire Meal Consumed in 19 bites | Entire Meal Consumed in 18 bites |

Total: 60 Bites

| May 2, 2012 – Wednesday | | |
|---|---|---|
| Breakfast | Lunch | Dinner |
| Waffles (2) | Bologna Sandwich | Beef Stew |
| Bologna slice | Chips (Approx 12) | Salad |
| Grits | Maccaroni Salad | Corn bread |
| 8oz Cup of Milk | Cake | Cake |
| Entire Meal Consumed in 17 bites | 8oz Cup Kool-Aid | 8oz cup of tea |
| | Entire meal Consumed in 20 bites | Entire Meal Consumed in 24 bites |

Total: 61 Bites

| May 3, 2012 – Thursday | | |
|---|---|---|
| Breakfast | Lunch | Dinner |
| 2 piece toast | Chuckwagon Sand. | Chili & rice |
| 1 slice Bologna | ½ Potatoe | Cabbage |
| Eggs | white beans | Cornbread |
| Oatmeal | Cole-Slaw | Cake |
| 8oz Carton Milk | 8oz Cup Kool-Aid | 8oz Cup of tea |
| Entire Meal Consumed in 19 bites | Entire Meal Consumed 21 bites | Entire Meal Consumed in 22 bites |

Total: 62 bites

Case 1:12-cv-00047   Document 1   Filed 06/01/12   Page 8 of 19 PageID #: 8

### May 4, 2012, Friday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 piece toast | Bologna sand. | Chicken & Noodles |
| 1 piece Sausage | Chips (approx. 9) | Beans |
| Eggs | Macaroni Salad | Bread 2 slices |
| Cereal | Cake | Cake |
| 8oz Carton Milk | 8oz Cup of Juice | 8oz Cup of tea |
| Entire Meal Consumed in 17 bites | Entire Meal Consumed in 22 bites | Entire Meal Consumed in 25 bites |

Total: 64 bites

### May 5, 2012, Saturday

| Breakfast | Lunch | Dinner |
|---|---|---|
| Waffles (2) | Chicken Sand. | Salisbury patty |
| 1 slice Bologna | ½ Potatoe | rice |
| Oatmeal | Cole-Slaw | Cornbread |
| 8oz Carton Milk | Cake | beans |
|  | 8oz Cup Kool-Aid | 8oz Cup tea |
| Entire Meal Consumed in 18 bites | Entire Meal Consumed in 19 bites | Entire meal Consumed in 22 bites |

Total: 59 bites

### May 6, 2012, Sunday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 biscuits (small) | Hamburger | Beef and rice |
| Eggs | Mashed potatoes | 2 slices bread |
| Bologna 1 slice | Macaroni Salad | Cabbage |
| grits | 2 Cookies | Cake |
| 8oz Carton Milk | 8oz Cup Kool-Aid | 8oz Cup of tea |
| Entire Meal Consumed in 20 bites | Entire Meal Consumed in 19 bites | Entire meal Consumed in 24 bites |

Total: 63 bites

Case 1:12-cv-00047   Document 1   Filed 06/01/12   Page 9 of 19 PageID #: 9

### May 7, 2012 Monday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 piece toast | Beanie Weenies | Turkey Sandwich |
| 6 tater tots | cornbread | Dressing |
| 1 slice bologna | ½ potatoe | Peas |
| oatmeal | Pudding (Banana) | Cake |
| 8oz Cup Kool-Aid | 8oz cup Kool-Aid | 8oz Cup of tea |
| Entire Meal Consumed in 15 bites | Entire Meal Consumed in 23 bites | Entire Meal Consumed in 18 bites |

Total: 56 bites

### May 8, 2012 Tuesday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 piece toast | Chicken Sandwich | Beef Stew |
| Eggs | Cole-Slaw | Cornbread |
| 4 tater tots | white beans | Cabbage |
| 1 slice bologna - Grits | Cake | Cake |
| 8oz Cup Kool-Aid | 8oz Cup Kool Aid | 8oz Cup of tea |
| Entire Meal Consumed in 22 bites | Entire Meal Consumed in 18 bites | Entire Meal Consumed in 23 bites |

Total: 63 bites

### May 9, 2012 Wednesday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 slice toast | Bologna sand. | Goolash |
| Eggs | Chips (approx 11) | Turnip Green |
| Sausage | Potatoe Salad | Corn bread |
| grits | Jell-o | Cake |
| 8oz Carton Milk | 8oz cup Kool-Aid | 8oz Cup of tea |
| Entire Meal Consumed in 19 Bites | Entire Meal Consumed in 21 bites | Entire Meal Consumed in 24 bites |

Total: 64 bites

May 10, 2012  Thursday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 waffles | Meatball Sub | Spaghetti |
| 1 slice Bologne | Rice | 2 Slice Toast |
| Grits | Maccaroni Salad | Salad |
| 8oz Carton Milk | Cake | Cake |
|  | 8oz Cup Kool-Aid | 8oz Cup Tea |
| Entire Meal Consumed in 15 bites | Entire Meal Consumed in 17 bites | Entire Meal Consumed in 26 bites |

Total: 58 bites

May 11 2012, Friday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 slice toast | Tacos | Chuckwagon Sand. |
| 1 piece Sausage | Rice | Cabbage |
| Eggs | 1 Slice Cheese | Mashed potatoes |
| Cereal | refried beans | Cake |
| 8oz Carton Milk | Cake / 8oz Cup Kool-Aid | 8oz Cup Tea |
| Entire Meal Consumed in 17 bites | Entire Meal Consumed in 18 bites | Entire Meal Consumed in 20 bites |

Total: 55 bites

May 12, 2012  Saturday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 slice toast | Hamburger | Turkey Sandwich |
| 1 slice bologne | Chips (approx 11) | Dressing |
| Eggs | beans | Peas & Carrots |
| Oatmeal | Cake | Cake |
| 8oz Carton Milk | 8oz Cup Kool-Aid | 8oz Cup tea |
| Entire Meal Consumed in 18 bites | Entire Meal Consumed in 21 bites | Entire Meal Consumed in 18 bites |

Total: 57 bites

### May 13, 2012 Sunday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 waffles | 2 Hot dogs | Salisbury sandwich |
| Bologna 1 slice | Cole-slaw | beans |
| oatmeal | Potatoe salad | Rice |
| 8oz Carton Milk | Cake | Cake |
|  | 8oz Cup Kool-Aid | 8oz cup tea |
| Entire Meal Consumed in 15 bites | Entire Meal Consumed in 29 bites | Entire Meal Consumed in 18 bites |

Total: 62 bites

### May 14, 2012 Monday

| Breakfast | Lunch | Dinner |
|---|---|---|
| 2 slice toast | Chicken Sandwich | Meatballs & Noodles |
| 1 slice bologna | white beans | 2 slice bread |
| 6 tater tots | Mashed potatoes | Cabbage |
| Grits | Cake | Cake |
| 8oz Carton Milk | 8oz Cup Kool-Aid | 8oz Cup tea |
| Entire Meal Consumed in 15 bites | Entire Meal Consumed in 20 bites | Entire Meal Consumed in 23 bites |

Total: 58 bites

### May 15, 2012 Tuesday

| Breakfast | Lunch | Dinner |
|---|---|---|
| Cake | Bologna Sandwich | Hamburger |
| Tater-tots | Mashed potatoes | Rice |
| Eggs / bologna | Peas & Carrots | white beans |
| Grits | Cake | Cake |
| 8oz Milk | 8oz Kool-Aid | 8oz Tea |
| Entire Meal Consumed in 20 bites | Entire Meal Consumed in 17 bites | Entire Meal Consumed in 18 bites |

AVERAGE - 59.8 bites per day. Total: 55 bites

Case 1:12-cv-00047 Document 1 Filed 06/01/12 Page 12 of 19 PageID #: 12

The Constitution prohibits on those deprivations denying the Minimal Civilized Measure of life's necessities which are sufficiently grave to form the basis of the eighth amendment Violation. Grubbs V. Bradley, 821 F. Supp. 496, 1993 U.S. Dist. LEXIS 6639 (M.D. Tenn. 1993)

We believe that the insufficient amounts of food and the lack of nutrition in the food constitutes the deprivation of a necessity of life and is a direct violation of U.S. Const. Amend. 8 in terms of Cruel and unusual punishment.

(1) To establish that prison officials have violated an inmates 8th (eighth) Amendment right to be free from cruel and unusual punishment, an inmate must show: (1) That incarceration conditions posed a sustantial risk or serious harm; and (2) That the prison official has the state of mind of deliberate indifference to inmate health and safety. Miller v. Shelby County, 93 F. Supp. 2d 892, 2000 U.S. Dist. LEXIS 5550 (W.D. Tenn. 2000)

1) We have showed that incarceration conditions pose a sustantial risk or harm by our weight loss, our inability to exercise due to malnutrition and our minimal amounts of food shown in food charts.

2) The prison official has showed deliberate indifference by continuously refusing to respond to our grievances and medical requests.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Prisoners must be afforded sufficient opportunity for physical exercise to maintain proper health. Likewise, undue restrictions on prisoners' opportunities for physical exercise may constitute cruel and unusual punishment in violation of U.S. Const. amend. 8 when they pose and unreasonable threat to the prisoners' physical and mental health.

Continued →

Carver v. Knox County, 753 F. Supp. 1370, 1989 U.S. Dist. LEXIS 17263 (E.D. Tenn. 1989)

- Lack of proper Nutrition and sufficient amounts of food has put an undue restriction on our opportunities for physical exercise therefore hindering us from being able to maintain proper health.

* * * * * * * * * * * * *

With respect to Conditions of Confinement, U.S. Const. amend. 8 and U.S. Const. amend. 14 prohibit the states from imposing cruel and unusual punishment on their incarcerated Felons. Grubbs v. Bradley, 821 F. Supp. 496, 1993 U.S. Dist. LEXIS 6639 (M.D. Tenn. 1993)

- We have come to believe that the diet here is a direct violation of U.S. Const. amend 8. and is Cruel and unusual punishment.

* * * * * * * * * * * * *

U.S. Const. amend 8 requires states to furnished incarcerated felons with reasonably adequate Food, Clothing, shelter, Sanitation, medical care, and personal safety. Grubbs v. Bradley, 821 F. Supp. 496, 1993 U.S. Dist. LEXIS 6639 (M.D. Tenn 1993)

We are not supplied with reasonably adequate Food.

Inmates who have lost large amounts of weight and are willing to testify in court to our conditions.

Michael Darren Collins → weight loss
Michael Darren Collins    approx. 30 lbs

Tony Lamar Pierce Jr. → weight loss
Tony Lamar Pierce Jr.     approx. 30-35 lbs

Cuveris Dashon Abernathy → weight loss
Cuveris Dashon Abernathy  approx. 20 lbs

Kendall Markey Jordan → weight loss
Kendall Markey Jordan     approx. 20-25 lbs

Loreski Sanchez Diaz → weight loss
Loreski Sanchez Diaz      approx. 20 lbs

David Campbell → weight loss
David Campbell            approx. 85 lbs

Jimmy Ray Staggs → weight loss continued over
Jimmy Ray Staggs          approx. 15 lbs    Page →

Kenneth Ray Workman → weight loss approx. 20 lbs

Steve E. Thomason → weight loss approx. 20 lbs

Jay Thomas Aldis → weight loss approx. 20 lbs

James Holt → weight loss approx. 12-15 lbs

James Udell → weight loss approx. 20 lbs

James Daniel Cummins → weight loss approx. 40 lbs

PLAINTIFFS/WITNESSES / Prison NO.

Michael Darren Collins - prison No. - None

Tony Lamar Pierce Jr. - prison No. - 406029

Cavoris Doshay Abernathy - prison No. - N/A

Kendall Mandrez Jordan - prison no. - N/A

Kavoski Sanchez Pye - prison no. - 296645

David Campbell - prison no. - N/A

Jimmy Ray Staggs - prison no. - 222521

Kenneth Ray Workman - prison no. - 399608

Steve E. Thomason - prison no. - 431586

Jay Thomas Aldis - prison no. - N/A

James Holt - prison no. - N/A

James Wall - prison no. - N/A

James Daniel Cummins - prison no. - N/A

Michael Collins
1300 Lawson White Dr.
Columbia, TN 38401



RECEIVED
IN CLERK'S OFFICE
JUN 1 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk, U.S. District Court
U.S. Courthouse, Room 800
Nashville, Tennessee 37203