IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

MICHAEL DARREN COLLINS and )
TONY LAMAR PIERCE, JR., )
)
    Plaintiffs, ) CASE NO. 1:12-0047
) Chief Judge Haynes
v. )
)
MAURY COUNTY JAIL, In its official )
capacity and SHERIFF ENOCH GEORGE, )
In his individual capacity, )
)
    Defendants. )

## ORDER

Upon review of the file, the Clerk of Court mailed copies of the Court's Order (Docket Entry No. 19) in this action on September 14, 2012 to Plaintiffs Michael Darren Collins and Tony Lamar Pierce, Jr., respectively. Each copy of the Order sent to Plaintiffs Collins and Pierce was "Returned to Sender, Not Deliverable." (Docket Entry Nos. 22 and 23).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiffs have failed to inform the Court of his new address or refuses to claim mailings from the Court, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, the claims of Plaintiffs Collins and Pierce are **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiffs' failure to prosecute.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 28th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge